Form 704-9
Rev. 5/99

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| In re:   PETTY, HUNTER T., JR. | ) | Chapter 7 |
|         PETTY, ANGELA K. | ) | |
| | ) | Case No. 09-71415 |
|         Debtors | ) | |
| _____ | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

      Comes now the undersigned trustee and reports as follows**:**

      1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

      2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

      3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached hereto with the request that such funds be deposited in the U.S. Treasury.

Dated:   December 9, 2010                         /s/ Roy V. Creasy
                                                                       Roy V. Creasy, Esq.

$1.00 homestead exemption due:
Hunter T. Petty, Jr
Angela K. Petty
1024 Stonegate Drive
Salem, VA 24153